CR 06-229-07-RE

## ORDER OF COURT

Pursuant to the above motion, **IT IS HEREBY ORDERED** that the defendant's term of supervised release be reduced by one year. Her new expiration date is now August 17, 2012.

DATED this 9th day of September, 2011.

Paul Papak for
The Honorable Marco A. Hernández
U.S. District Judge